## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNATHAN FRANKLIN,

      Plaintiff,

                                            Case No.  17-cv-562-wmc

  v.

DR. JOAN HANNULA, NP BENTLEY,
JAMIE BARKER, WINKLEY
ORTHOPEDICS AND PROSTHETICS,
MARIO CANZIANI, CAPTAIN
KASTEN, CAPTAIN LUNDMARK,
SGT. MASON, C. HICKEY and
L. BECHER,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

      /s/                                                  7/25/2019

Peter Oppeneer, Clerk of Court                           Date