IN THE UNITED STATES DISTRICT COURT
OF APPEALS FOR THE SEVENTH CIRCUIT

Johnathan L. Franklin,
    Appellant,

-vs-

Joan Hannula et al.,

Case No. 17-cv-562

DOC NO
REC'D/FILED
2020 APR 29 AM 10: 33
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## RULE 4. NOTICE OF APPEAL AS OF RIGHT

Pro se plaintiff Johnathan L. Franklin, hereby appeals the orders entered on date July 25, 2019 and decision entered following a timely 59(e) Motion dated April 20, 2020.
The U.S District Court has overlooked & misrepresented the facts of the case. In doing so, the U.S District Court has divided the case and its defendants overlooking the monkey in the middle games played by medical & security staff at the plaintiff's expenses & wellbeing.

## STATEMENT OF CASE

The plaintiff was <u>born</u> with deep pronation of the arches known as plantar fasciitis, consequently; childhood podiatrist prescribe orthotics & supreme cushion shoes particularly AirMax Nike. Therefore, plaintiff entered prison with pre-existing condition. For the most part plaintiff was accommodated being able to purchase Nike AirMax shoes through outside vendors Eastbay, Footlocker etc.. Shortly after being transferred from GBCI to SCI outside vendors were cancelled out & contract vendors were prisoners only option resulting in poor quality shoes. Plaintiff then was sent to Illinois Cook County where I was born and was again prescribed or (given a script) to purchase outside vendor shoes AirMax. Jail shoes are often poor quality everywhere, except for work release camp. Nevertheless, plaintiff return to SCI 2012 wearing ACG Nike Airmax boots, that security confiscated stipulating my Illinois script had to be converted to Wisconsin SCI. Nurse practitioner Bentley prescribed AFOs which caused nothing but pain and coupled w/ NP Bentley bad bedside manners leads plaintiff to believe NP Bentley was making a public spetacle of the plaintiff wearing AFOs up to my knees replacing arch-supports and Airmax boots. In refusing to follow a supreme cushion course of treatment NP Bentley repeatedly

issued hard plastic AFOs w/ hard bottom shoes adverse to
childhood prescriptions. NP Bentley caused the skin abrasions
which the U.S District Court has divided into a separate case.
This complaint stem from pain & physical injury derived from
the defendants glass ceiling treatment. NP Bentley then told
plaintiff it would take 3 yrs. to never to repair the damaged
skin. NP Bentley then questioned my childhood prescription
therefore; plaintiff had mother to find old medical records
so I provided NP Bentley with Komed address & medical number
to verify prescription. The childhood doctors informed parents
of the pain associated with the deep pronation as arch swell, back
& ankle aches excruciating.
Following NP Bentley course of action Dr. Hannula referred pt.
to orthotic store. The defendants often issued permits for
special need shoes and without "no medical basis" confiscate
the medical boots. Jamie Barker confiscated pt. Drew boots statin
pt. did not wear them enough. Pt. wore Drew boots & AFOs at
work as needed otherwise inmates must be seated at all times.
In sum, the defendants refusing to accept an effective treatment
which might caused jealousy of other inmates consequently caused
the plaintiff physical injury warranting physical therapy for
back pain, dermatology for skin abrasions from (8) years of
defective treatment. The plaintiff own a model magazine with
ambitions to work with Nike all cancelled by the gross scars
on my legs & feet.
The plaintiff honestly feel NP Bentley course of treatment was
deliberately indifferent & gross negligent making a public
spectacle of plaintiff for any inmates seeking stylish shoes
to be deterred. This U.S Court of Appeals found U.S District
Courts to error in allowing prison health staff to rescind orders
without medical basis. The Drew boots could not be worn w/o
AFOs, and the AFOs damaged pt. skin, so why would I again accept
AFO & Drew boots? Why Jamie Barker did not issue a new pair
of fitted Drew boots? The Court must observe the scars, fittings
described by the def.s as appropriate to see the markery being
made of the court. There is a legitimate need of orthopedic
shoes as commonly televised serving as a specialist for all.

The offsite podiatrist Elliot took photographs of the blisters, abrasions & scars derived from the state boots, AFOs & Drew boots. Jamie Barker only offered the return of Drew boots after civil action ensued. The damage had been done over a course of 7-8 years. Evidently the Drew boots accompanyied AFO inserts leather covered hard plastic AFOs w/ laces. The court must observe these items to understand the comedy in the HSU manager Barker position NP Bentley & Barker blamed security for the refusal to permit supreme cushion shoes, however; security admin. capt. Lundmark stipulated security can't deny me shoes medically necessary contradicting Barker. Further, the initial prescription of ortho-boots contradicts the rescinding of medical orders for ortho-boots causing unwanton infliction of pain.

The plaintiff known this treatment of Airmax shoes & arch-support since a kid and the defendants' deliberate indiffentness & negligence resulted in personal injury which defendants are liable. Their treatment caused irrepairable harm.

This honorable U.S Court of Appeals shall grant all damages & reinstate all health permits, recommendations whether implied or directly issued prior.

I, Johnathan L. Franklin, declare under penalty of perjury that the foregoing is true & correct to the best of my ability.

                                        Respectfully Submitted,

April 26, 2020

                                      Johnathan L. Franklin #347408
                                      Stanley Correctional Inst. #3B-38
                                            100 Corrections Drive
                                            Stanley, WI 54768-6500

I certify a copy was served upon Attorney General via U.S Postal service on date April 26, 2020

# Raising the Bar on Foot Care

BY TRUDIE MITSCHANG

Dr. Ivar Roth is on a mission to change the very landscape of the foot care industry. His Concierge Podiatry and Spa with its trademark "O.C. Ped-i-*cure*" offers services that go well beyond beautification and pampering. The breakthrough concept melds medical-grade safety and hygiene, advanced podiatry care and the most luxurious pedicure treatments available.

**The result?** A revolutionary marriage of art and science showcased within a resort-inspired penthouse nestled in the heart of Newport Beach. In fact, the OC Ped-i-*cure* features a five-point evaluation by a podiatrist performed before or during the pedicure treatment. Dr. Roth explains, "Those five points include nail deficiencies, skin health, circulation, fungus identifiers and foot alignment. Since we can take care of any issues right here on site, clients can get everything taken care of under one roof without needing an appointment elsewhere."

**With proprietary treatments that are unavailable anywhere else**, Concierge Podiatry and Spa provides three levels of service, from an express half hour treatment up to an hour-plus luxury service. The spa features the exclusive celebrity nail super star Debra Lippmann's line of nail care products, in addition to the completely vegan Dazzle Dry line for healthy, long-lasting gel-like pedicures that are safe for the nails. Concierge is also developing its own line of foot creams and scrubs that are custom blended for each customer. Reflexology and massages services round out the luxury treatments, while a soon-to-open deck is sure to become a haven for private parties and pampering.

**Concierge tackles all manner of foot care dilemmas**, from eradicating corns and callouses to banishing bunions and nail fungus. The unique practice also offers a medically-safe pedicure performed by a healthcare professional, ideal for diabetics, people with vascular problems, or anyone whose health condition raises concern.

**As you might imagine, Dr. Roth is respected by patients and peers.** He received both a Doctor of Podiatric Medicine Degree from the Illinois College of Podiatric Medicine and a Master of Public Health degree from the University of Illinois. Notably, he completed a three-year residency in foot and ankle surgery at Mt. Sinai Hospital with world-renowned podiatrist Dr. Lowell Weil Sr., surgical training available at that time to fewer than one percent of podiatrists.

**With his one-of-a-kind concept generating buzz throughout Orange County**, Dr. Roth seems poised to parlay his breakthrough idea into industry game-changer. Clearly, the medical innovator turned savvy entrepreneur is well on his way to fulfilling his lifelong destiny.

> I've spent my whole life improving foot care – this is what I was put on the Earth to do.
>
> – Ivar E. Roth, D.P.M/M.P.H.
> Concierge Podiatry and Spa

PROMOTION

495 Old Newport Blvd., Penthouse Suite #300, Newport Beach CA, 92663 | 949.650.1147
conciergepodiatryspa.com



*Once predicted to become "the king of feet," Dr. Ivar Roth is on a mission to transform foot care, taking it from medical mainstay to innovative art form.*

PROMOTION

Johnathan Franklin #547408
Stanley Correctional Inst. #3B-38
100 Corrections Drive
Stanley, WI 54768

SAINT PAUL MN 551

27 APR 2020 PM 4

United States District Court
for the Western District of Wisconsin
120 North Henry Street
Madison, WIsconsin 53703

53703-255995



DOC NO
REC'D/FILED
2020 APR 29  AM 10: 33
PETER OPPENEER
CLERK US DIST (GGGR)
CLERK WD OF WI

THIS LETTER HAS BEEN
MAILED FROM A
WISCONSIN PRISON SYSTEM
SCI - HU    3B  STAFF
Date of  4/26/2020  A/m

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

FSC MIX Envelope FSC® C137131